ORIGINAL

NORTHERN DISTRICT OF TEXAS

FILED

OCT - 4 2005

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JORGE ALBERTO SALDANA, | ) | |
| MOVANT, | ) | |
| | ) | 3:03-CR-355-M (07) |
| v. | ) | 3:05-CV-0784-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| RESPONDENT. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of October, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE